# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

IN RE: ESTATE OF ROSE MICHEL,   : No. 456 MAL 2014
DECEASED AND ESTATE OF ROSE   :
MICHEL, AN INCAPACITATED PERSON : 
  : Petition for Allowance of Appeal from the
  : Order of the Superior Court
  :
  :
PETITION OF: FRANK MICHEL, SR.   :
AND ROSEMARIE MCFADDEN   :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 26th day of November, 2014, the Petition for Allowance of Appeal is **DENIED**.